[No. 59828-7-I.   Division One.   March 10, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. DEANGELO FRANKLIN MARTIN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-10149-5, Paris K. Kallas, J., entered April 9, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 59838-4-I.   Division One.   March 10, 2008.]

LEONARD S. BLATT, *Appellant*, v. GEORGE W. HOLIFIELD, *as Judge of the Seattle Municipal Court*, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-08776-1, Catherine D. Shaffer, J., entered March 21, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 60036-2-I.   Division One.   March 10, 2008.]

*In the Matter of the Marriage of* LEONID V. KALAGIN, *Appellant*, and URSULA A. PETRALIA, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 04-3-01625-0, Linda C. Krese, J., entered May 2, 2007. *Affirmed* by unpublished per curiam opinion.